FILED

10/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0667

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0667

_____

MONTANA DEMOCRATIC PARTY, MITCH
BOHN, WESTERN NATIVE VOICE,
MONTANA NATIVE VOTE, BLACKFEET
NATION, CONFEDERATED SALISH AND
KOOTENAI TRIBES, FORT BELKNAP INDIAN
COMMUNITY, NORTHERN CHEYENNE
TRIBE, MONTANA YOUTH ACTION,
FORWARD MONTANA FOUNDATION, and
MONTANA PUBLIC INTEREST RESEARCH
GROUP,                                                          O R D E R

      Plaintiffs and Appellees,

    v.

CHRISTI JACOBSEN, in her official capacity
as Montana Secretary of State,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Tom Pardy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2023